# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John S. Garrett,<br>*Plaintiff*<br>v. | Civil Action No.     5:15-02888-JMC |
| Melvin Bromell, Jr. Individually and as Employee/Agent of Heritage Hauling, Inc.; Heritage Hauling, Inc.; Alexis Winburn, Individually and as Employee/Agent of The Travelers Indemnity Company of Connecticut; and The Travelers Indemnity Company of Connecticut<br>*Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with
costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: the Plaintiff shall take nothing of the Defendants as to the claim for civil conspiracy and this claim is
dismissed without prejudice pursuant to FRCP 12(c).

This action was *(check one)*:
❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the
defendants' motion for judgment on the pleadings without prejudice as to the claim for civil conspiracy.


Date:   March 28, 2019                                    *CLERK OF COURT*


                                                         s/Angie Snipes
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*